IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 97-41045

---

PIERANGELO PANOZZO,

Plaintiff-Appellant

versus

WEILI ZHENG PANOZZO,

Defendant-Appellee

---

Appeal from the United States District Court
For the Southern District of Texas
(B-96-CA-208)

---

August 5, 1998

Before REYNALDO G. GARZA, HIGGINBOTHAM, and EMILIO M. GARZA,
Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Local Rule 47.6.

---

[*]  Pursuant to 5th Cir. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.